# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RAFAEL A. RODRIGUEZ

Case Number: 08-C-147

v.

LABOR AND INDUSTRY REVIEW COMMISSION, et al.

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion to proceed in forma pauperis is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's complaint is hereby **DISMISSED.**

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

February 21, 2008
Date

s/Nancy A. Monzingo
By: Deputy Clerk